Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.



FILED
CLERK, U.S. DISTRICT COURT
09/15/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ____AP____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>v.<br>Cynthia Ann Hernandez<br>USMS# ____ | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER: 5:22-cr-00217-MCS<br><br>**REPORT COMMENCING CRIMINAL ACTION** |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on **September 14, 2022** at **2:45** ☐ AM ☒ PM

   or

   The defendant was arrested in the **Central** District of **California** on **09/14/22** at **2:45** ☐ AM ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   Mail fraud, Access Device Fraud and Aggravated Identity Theft

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: ____

7. Year of Birth: **1989**

8. Defendant has retained counsel: ☐ No ☒ Yes   Name: **Ralph Rios**   Phone Number: **626-406-1032**

9. Name of Pretrial Services Officer notified: ____

10. Remarks (if any): ____

11. Name: **Anthony Truong**   (please print)

12. Office Phone Number: **626-206-9870**

13. Agency: **U.S. DOL-OIG**

14. Signature: *Anthony V. Truong*

15. Date: **9/14/2022**

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION