E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
HAOXIAOHAN CAI (Cal. Bar No. 331131)
Assistant United States Attorneys
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0762
     Facsimile: (213) 894-0141
     E-mail:    Haoxiaohan.cai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-00217-MCS |
|---|---|
| Plaintiff, | |
| v. | JOINT DISCOVERY STATEMENT |
| CYNTHIA ANN HERNANDEZ, aka "Cynthia Roberts," | Trial Date: November 11, 2022<br>Trial Time: 8:30 a.m.<br>Location: Courtroom of the Hon. Mark C. Scarsi |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Haoxiaohan Cai, and defendant Cynthia Ann Hernandez ("defendant"), by and through her counsel of record, Ralph R. Rios, hereby submit a joint discovery statement in the above-captioned case, pursuant to the Initial Standing Order for Criminal Cases Assigned to the Honorable Judge Mark C. Scarsi.

//

//

## I. DISCOVERY STATUS

### A. Past Discovery Production

On September 20, 2022, the government produced non-confidential discovery to the defense, including defendant's criminal history documents; law enforcement reports; search warrant materials and related photographs; loss spreadsheets and calculations; vehicle registration information; and other records pertaining to the evidence in the case.

### B. Anticipated Discovery Productions

On September 27, 2022, the parties filed a proposed protective order with the court governing production of (1) Personal Identifying Information and (2) material that may contain information within the scope of the Privacy Act. On September 28, 2022, the court entered the order. The government is working diligently to redact and produce the remaining discovery, which includes voluminous jail calls between defendant and inmates as alleged in the indictment, as well as numerous documents bearing third-parties' PII, now that the protective order is in place.

If this matter proceeds to trial, and to the extent additional discoverable materials are obtained by the government, the government will produce such materials to defendant in accordance with the government's continuing discovery obligations, established law, and the Court's order.

## II. DISPUTES AS TO DISCOVERY

There are no disputes as to the discovery produced thus far. The parties reserve the right to raise discovery issues with the Court if they arise at a later date.

//

**III. ANTICIPATED MOTIONS**

The parties do not anticipate filing any motions at this time but reserve the right to file any motions to be heard at the motion hearing date if the need arises.

**IV. TRIAL DATE**

At this time, defendant is still evaluating the discovery in this case and will thereafter make a determination on whether she will seek a continuance of the current trial date.

**V. LENGTH OF TRIAL**

The parties anticipate that the trial in this matter, voir dire through closing arguments, will last approximately four to five days.

DATED: September 29, 2022

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

/s/ Haoxiaohan Cai
HAOXIAOHAN CAI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: September 29, 2022

/s/ Ralph R. Rios (w/ permission)
RALPH R. RIOS
Attorney for Defendant
CYNTHIA ANN HERNANDEZ