USA   V.  CYNTHIA HERNANDEZ

EXHIBIT A

October 19th, 2022

To Whom It May Concern:

I am writing this letter for my oldest sister Cynthia Hernandez. My name is Hailey Roberts. I am the youngest sister of three. Although I did not grow up with Cynthia, I have always had a close relationship with her. I first met Cynthia when I was 14 years old, and it has been an honor to call her my sister for the past 13 years. Cynthia and I share the same father Thomas David Roberts. Cynthia has always been the most responsible and reliable person I know, and I'm not just saying that because we share blood. It has never mattered the timing of a call or a desperate need of communication, she is always there. I recently experienced a loss of my twin girls and my sister Cynthia, out of everyone in the whole world, was the only one who followed through and showed up no matter what. Cynthia is the type of person who just calls because she is thinking of you. Cynthia has always had kind words and so much wisdom to share to show me the better perspective of things. I could not speak more highly of her. I hope this letter finds you well and I appreciate the time spent reading it.

Sincerely,
Hailey Roberts
760-678-8673

**Ralph Rios**

| | |
|---|---|
| **From:** | Cynthia Hernandez <c.09061989@gmail.com> |
| **Sent:** | Wednesday, October 19, 2022 12:35 AM |
| **To:** | Ralph Rios |
| **Subject:** | Fwd: |

---------- Forwarded message ---------
From: **Crystal Roberts** <robertscrystal6@yahoo.com>
Date: Tue, Oct 11, 2022 at 10:15 PM
Subject:
To: C.09061989@gmail.com <C.09061989@gmail.com>

My name is Crystal roberts, I am the younger sister to Cynthia Hernandez.
 I am grateful to call Cynthia my sister, as she is truly one of the best people I know. I got the opportunity to watch my sister go to college, graduate, and make something of herself. The first in our family to ever make it that far. She did that to create a better future for my nephew, despite being a teen mother. I've always looked up to my sister,  for that reason. She is the rock of our family. The one we all call, and without hesitation, she is always there. My sister is a great mom, aunt, sister, and best friend to many.  Definitely one of the most generous and selfless people I know. I hope this letter helps describe her character. Thank you for taking the time to read this.
Best regards.
Crystal Roberts
(909)688-4038

1

**Ralph Rios**

| | |
|---|---|
| **From:** | Cynthia Hernandez <c.09061989@gmail.com> |
| **Sent:** | Wednesday, October 19, 2022 12:34 AM |
| **To:** | Ralph Rios |
| **Subject:** | Fwd: |

---------- Forwarded message ---------
From: **Pollerana, Angela** <Angela.Pollerana@palomarhealth.org>
Date: Mon, Oct 3, 2022 at 10:08 AM
Subject:
To: C.09061989@gmail.com <C.09061989@gmail.com>

To Whom it may concern,

I've known Cynthia Hernandez since she was 3 years old, she's a hard working young lady Dependable reliable and very Trust worthy ! Her character show's through her Son she had at a very young age to stepping in and raising her younger brother . Cynthia is definitely an amazing young lady.

Angela Pollerana

Cell(951)398-2137

work(442)281-4770

1

**Ralph Rios**

| | |
|---|---|
| **From:** | Cynthia Hernandez <c.09061989@gmail.com> |
| **Sent:** | Wednesday, October 19, 2022 12:34 AM |
| **To:** | Ralph Rios |
| **Subject:** | Fwd: Character letter |

---------- Forwarded message ---------
From: **JustUs1503** <varce1503@gmail.com>
Date: Sun, Oct 2, 2022 at 3:15 PM
Subject: Character letter
To: <C.09061989@gmail.com>

To whom this may concern

I write this letter in regards to my dear friend Cynthia Hernandez. I have known Cynthia for over twenty years, and in those years she has become family to me. Cynthia is the person I have always trusted to confide in with all my worries and she listens and give sound advise with a warm heart. My children love and care for Cynthia as much as she does to them. She is one I would trust the care and wellbeing of my children with wholeheartedly with no questions asked. Cynthia would never turn anyone in need away, she has always done everything in her power to make sure the people around her are cared for. Her compassion and love for animals shows how deeply empathetic she is. Cynthia is an amazing person, am I am deeply honored to call her my best friend.

Best regards,

Vannessa Arce

1

Melinda Bueno
1145 W. Alru St.
Rialto, CA 92376
909-543-9515


September 21,2022


Re: Cynthia Hernandez


Dear Honorable Judge,

   I have know Cynthia Hernandez for 10+ years. We met through mutual friends and soon after became best friends. After 2 years of friendship, she became my son's God mother. Cynthia has been very dependable, supportive and honest in all aspects of life. She is hardworking and selfless, it sometimes is frustrating because at times she's too nice. Cynthia will rescue people and animals, she just has that heart. She never judges and always gives everyone a fair chance. She's a great mother and a benefit to society. I could go on for pages and gives you stories after stories but I highly appreciate you taking the time out to here my brief description of Cynthia Hernandez characteristics. Thank you for your time.

Wholeheartedly,
Melinda Bueno
(909)543-9515

## Ralph Rios

| | |
|---|---|
| **From:** | Cynthia Hernandez <c.09061989@gmail.com> |
| **Sent:** | Wednesday, October 19, 2022 12:33 AM |
| **To:** | Ralph Rios |
| **Subject:** | Fwd: letter of character |

---------- Forwarded message ---------
From: **Anna Amsden** <amsden.anna@hotmail.com>
Date: Thu, Sep 29, 2022 at 11:22 AM
Subject: letter of character
To: C.09061989@gmail.com <C.09061989@gmail.com>

To whom it may concern, I've known Cynthia Hernandez since she was a little girl. I've watched her grow into a confident and capable young woman. When something needs done, she can be counted on to do it. Case in point.. Cynthia took over the care of her younger brother and despite all the obstacles saw him through high school and into college. No easy feat for a young single mother. I can honestly say she is sharp, reliable, and tenacious.

Feel free to call me at 909-844-8707

Respectfully,  Anna Amsden

September 27, 2022

Dear Sir/Maim,

I am writing to you in regard to my cousin Cynthia Hernandez.

I have basically grown up with Cynthia, and though my familial connection might make me slightly biased, I still feel that I am a good enough judge of character to be considered a fair reference.

Cynthia is a person of good moral character, who comes from a strong family. Our family has always believed in hard work, integrity, and goodwill toward others, and Cynthia has retained all those beliefs.

In her personal life, Cynthia has many friends, among whom she is quite well respected and liked. She never has a bad word to say about anyone, and her kindness and generosity are unparalleled.

It must be difficult for you to make decisions like this when you do not actually know the person standing in front of you, so I hope you will look at my letter and the countless others you are receiving, and understand that Cynthia is the kind of person around whom people rally. That has to say something, so please let that be a factor in your decision.

Thank you,

Veronica Stockdale

**Ralph Rios**

| | |
|---|---|
| **From:** | Cynthia Hernandez <c.09061989@gmail.com> |
| **Sent:** | Wednesday, October 19, 2022 12:33 AM |
| **To:** | Ralph Rios |
| **Subject:** | Fwd: |

---------- Forwarded message ---------
From: **Luz Staehler** <luze.hair@gmail.com>
Date: Sun, Sep 25, 2022 at 10:29 PM
Subject:
To: <C.09061989@gmail.com>

Luz Staehler

5800 Hamner Ave Spc. 563
Eastvale Ca 91752

(909)565-6146

Luze.hair@gmail.com

September 25, 2022

To whom it may concern, I am a hair stylist and Cynthia Hernandez is a client of mine. She's been my client for about 10 years.

Ever since Cynthia started coming to me what I got to know about her is that she is a great mother and a great sister. All she's ever talked about when she comes in for her appointment is how she tries to  work hard to provide for her son and brother so that they can have whatever  they need and they have both confirmed it also because they were my clients and I can see how much they love and respect her. I have also heard her have conversations over the phone when her parents have called her for help and she doesn't hesitate and not just her parents other people also they've called and asked for advice and she's more than willing to help.

If there are any questions in regards to what I have said you guys are more than welcome to contact me.

Sincerely,

Luz Staehler

1

Laura Yoguez
414 W Maitland St
Ontario, CA 91762

09/20/2022

Re: Letter of recommendation for Cynthia Hernandez

To whom it may concern:

I have known Cynthia for many years.
I was initially impressed with her communication skills and professional demeanor. Cynthia has assisted me since 2015 with my accounting in a professional manner.

After many years of knowing Cynthia she has become a good friend. She is dependable, honest, responsible and courteous.
She is also reliable, organized and diligent.

Cynthia has great work ethics. I am impressed with Cynthia's outstanding level of service and professionalism. She has my highest recommendation. She is hardworking and dedicated.


If you require any additional information please feel free to contact me.

Sincerely,




Laura Yoguez
(909)418-1398

## Ralph Rios

| | |
|---|---|
| **From:** | Cynthia Hernandez <c.09061989@gmail.com> |
| **Sent:** | Wednesday, October 19, 2022 12:33 AM |
| **To:** | Ralph Rios |
| **Subject:** | Fwd: Character letter |

---------- Forwarded message ---------
From: **Terri** <jazzidrew@msn.com>
Date: Fri, Sep 23, 2022 at 2:33 PM
Subject: Character letter
To: <c.09061989@gmail.com>

I, Terri Laboda, have known Cynthia Hernandez for years. We originally met from a family member of hers. Since then, my opinion of Cynthia is nothing but positive. She has always been nothing but cordial, respectful and polite. She is very family oriented which is something I too value.  Whenever I've encountered her, she has always conducted herself with the highest form of integrity and competence.
In my opinion, whatever her future endeavors are, I am confident she has the ability to accomplish her goals.

Respectfully,

Terri Laboda
In a World where you can be anything…..Be Kind!
Sent from my iPhone

## Ralph Rios

| | |
|---|---|
| **From:** | Cynthia Hernandez <c.09061989@gmail.com> |
| **Sent:** | Wednesday, October 19, 2022 12:32 AM |
| **To:** | Ralph Rios |
| **Subject:** | Fwd: Delilah |

---------- Forwarded message ---------
From: **Delilah Gutierrez** <delilahmg76@gmail.com>
Date: Thu, Sep 22, 2022 at 7:36 PM
Subject: Delilah
To: <C.09061989@gmail.com>

To whom this may concern

I am Delilah Gutierrez. I have known Cynthia Hernandez for several years. During my relationship with Cynthia I have grow to trust her competence in completing one of the most intimate personal tasks of advising me with my personal taxes and moving forward with my business tax needs soon.

I am writing this letter to recommend Cynthia for her professionalism. I've personally seen her carry out her duties with grace even in some of these most difficult tasks. I trust that she always upholds my best interests and have faith in her advisement.

Thank you for taking the time to learn more about Cynthia and I am available by email to confirm these facts.

Sincerely,
    Delilah Gutierrez
Email: Delilahmg76@gmail.com

**Ralph Rios**

| | |
|---|---|
| **From:** | Cynthia Hernandez <c.09061989@gmail.com> |
| **Sent:** | Wednesday, October 19, 2022 12:31 AM |
| **To:** | Ralph Rios |
| **Subject:** | Fwd: |

---------- Forwarded message ---------
From: **Christina Aguilar** <grandkids4077@gmail.com>
Date: Wed, Sep 21, 2022 at 8:29 PM
Subject:
To: <c.09061989@gmail.com>

To whom it my concern, I known cynthia for a few years now, and when I met her I really saw that she was a sweet kindhearted person, she is easy to get along with and is just a all around good respectful honest person.
Cynthia is a very thoughtful person, she helps my elderly mother out in every way she can, I'm glad I had the pleasure of meeting cynthia.

Christina Aguilar
909 687-8026

09/21/2022

To whom it may Concern,

I have known Mrs. Cynthia Hernandez for over Ten years. Both personally and professionally, and she is one of the most responsible and reliable people I've had the pleasure of knowing in my life. As a friend she has always been a constant. Someone I can call for advice, for guidance, and an ear when I needed to talk. I have seen her raise her child on her own most of his life. She is an exceptional mother, has always put herself last. Making sure her child had everything he needed, before even considering herself in anyway. Selflessness is a strong trait that I would say Mrs. Hernandez has.

Professionally Mrs. Hernandez and I have gotten to work together on many occasions. And even though friends. When it came time to have a business relationship, she was able to separate the two. I always respected her for that. As a business woman she is as professional as anyone would hope to be. Answers questions, explains everything in great detail. So you never feel that you are not getting the best service you deserve.

Professional or Personal this woman is one of the best. She is someone I truly trust in life. And that in this day and age isn't something you find easy anymore.


Thank you,

Priscilla Bernal

(724) 714-3021

390 Rexford Dr. Apt 73

Hermitage, PA 16148

**Ralph Rios**

| | |
|---|---|
| **From:** | Cynthia Hernandez <c.09061989@gmail.com> |
| **Sent:** | Wednesday, October 19, 2022 12:31 AM |
| **To:** | Ralph Rios |
| **Subject:** | Fwd: Letter |

---------- Forwarded message ---------
From: <dizzyd789@gmail.com>
Date: Wed, Sep 21, 2022 at 4:02 PM
Subject: Letter
To: <C.09061989@gmail.com>

To whom it may concern,
I have known Cynthia for 10+ years, she has been in charge of my financial records for a little over five years. I have come to known that she is an excellent mother not only to her children but others that have not had the opportunity to have a solid parent in their life. She is a great asset to the community always trying to help where she is needed. it has been a wonderful experience getting to know her and having a business relationship as well. If you have further inquiries feel free to call me at 951-965-1208.

Sincerely Desiree Cross
5172 Jurupa Ave.
Riverside, CA. 92504
Dizzyd789@gmail.com

Sent from my iPhone

1

## Ralph Rios

**From:** Cynthia Hernandez <c.09061989@gmail.com>
**Sent:** Wednesday, October 19, 2022 12:29 AM
**To:** Ralph Rios
**Subject:** Fwd:

---------- Forwarded message ---------
From: **Angelina Rangel** <arangel080700@yahoo.com>
Date: Tue, Sep 20, 2022 at 9:25 AM
Subject:
To: <C.09061989@gmail.com>

To whom it may concern,

I have known Cynthia Hernandez for a few years now. She is a family friend of ours. Since I've known Cynthia, she has been warm-hearted. Cynthia is a person who loves to be around others and have fun no matter what the occasion is. She has a really big heart that will help anyone in need even animals, no matter what it is and will do so out of the kindness of her heart. This is the person I have come to known in the few years I have known Cynthia.

Sincerely,
Angelina
(909) 678-7467

## Ralph Rios

| | |
|---|---|
| **From:** | Cynthia Hernandez <c.09061989@gmail.com> |
| **Sent:** | Wednesday, October 19, 2022 12:29 AM |
| **To:** | Ralph Rios |
| **Subject:** | Fwd: Cynthia Hernandez |

---------- Forwarded message ---------
From: **Toni Salcido** <tonisalcido26@gmail.com>
Date: Mon, Sep 19, 2022 at 6:46 PM
Subject: Cynthia Hernandez
To: c.09061989@gmail.com <c.09061989@gmail.com>


Toni Salcido
214 Glenwood
Hercules, CA 94547

To whom it may concern:

   I have known Cynthia Hernandez since 2017. She's the type of person that would give you the shirt off her back if you needed it. I have been so fortunate to call her my friend.  She's always dependable, honest, trustworthy, reliable, extremely organized, always wants the best for her family and friends. She has given me so much good advise on being a Mother to a son and I value her opinion.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Toni Salcido

1

September 20th, 2022

To Whom It May Concern,

I have known Cynthia Hernandez (Roberts) for over 16 years, in that time I have never witnessed any actions or behaviors that were concerning. Cynthia has always been a kind and considerate individual who I trust with my children. On several occasions she would take my children to her cousin during our custody dispute. My kids enjoyed being her in company and would ask for Cynthia to come visit. I feel her character is one of honest and trustworthy and I would vouch for her for anything she needed. I met her through my ex-husband, and I keep in contact with her on a regular basis. I have a degree in psychology, studied behavior analysis, and I am also a certified teacher here in the state of Georgia. If you have any further questions regarding her character, please feel free to reach out to me directly.

Thank You for your Time,

Respectfully,

Sara Becker

Sarabecker217@gmail.com

Lorry Ortiz
10244 Arrow Rte APT 40
Rancho Cucamonga, CA. 91730
(909) 244-8114

September 19, 2022

To: The Honorable judge

Re: Character Reference for Cynthia Ann Hernandez

Your honor:

I Lorry Ortiz am writing this character reference letter about Cynthia Ann Hernandez who has
been my dear friend for the last 3 years.

During which time I have only known Cynthia to be a good person with a kind heart. She is a
great mother, daughter, sister and friend. In the short time I've known her she has treated me
and my children like family. We have celebrated birthdays, holidays and special occasions
together. Cynthia is an upright character with good morale. She goes above and beyond to be
there for her family and friends. I believe Cynthia Ann Hernandez to be an honorable individual,
a valuable member of her community, and a good human being.

Sincerely


Lorry Ortiz

**Ralph Rios**

| | |
|---|---|
| **From:** | Cynthia Hernandez <c.09061989@gmail.com> |
| **Sent:** | Wednesday, October 19, 2022 12:29 AM |
| **To:** | Ralph Rios |
| **Subject:** | Fwd: Cynthia Hernandez |

---------- Forwarded message ---------
From: **Sandra Plata** <psandra0921@gmail.com>
Date: Tue, Sep 20, 2022 at 9:55 AM
Subject: RE:Cynthia Hernandez
To: <c.09061989@gmail.com>

Sandra Oropeza
720 E South St, Anaheim, CA 92805
EMAIL: Psandra0921@gmail.com

9/20/22

RE:Cynthia Hernandez.

To Whom This May Concern,
I have known Cynthia for about five years, We have become really close friends during this time I have seen the amazing person and mother that she is. Cynthia is honest, trustworthy and would go above and beyond for her loved ones.

In 2020 I had a rough year, lost two loved ones, had a lot going on with my children and Cynthia was the one person that was there for me emotionally she didn't have to be but she was to me that meant alot and I could never thank her enough. I don't trust just anyone with my children but she has become like a sister to me.

Sincerely,
Sandra Oropeza

--
Sandra Oropeza



P.O. Box 1329
Ontario, CA 91762

October 19, 2022

To Whom It May Concern:

We here at Ontario Western Little League have had the honor and privilege of working with   Cynthia Ann Hernandez during the past several years. Ms. Hernandez's son has played baseball with our   organization. She has also become a personal friend due to her involvement with her boys.

Ms. Hernandez is always willing to help in any way possible. She is a wonderful mother and she has  raised a very respectful son.

It is obvious to everyone how much she loves giving back to the community. She is always very   positive and upbeat. We are glad she has chosen to be a part of Ontario Western Little League and look forward to his involvement in the coming years.

If you are in need of any additional details or information please feel free to contact me at

(909) 268-7661.


Regards,


*Fawne Soto*

*President*

*Ontario Western Little League*

*District 23*

*League ID: 4052312*

ontariowesternll@gmail.com



DISTRICT  23                    CALIFORNIA

To Whom It May Concern,

My name is Kimberly Stewart and I met Cynthia Hernandez in 2013, while attending Oaks Middle
School in Ontario, Ca. Upon meeting, we instantly became really good friends. We were practically
inseparable. What I valued the most about our friendship the most was how funny, honest, and
caring she was. Cynthia was accepting of everyone. Not only was she a great friend, she was an
amazing sister to her two younger siblings. Cynthia would often assist her mother with taking care
of her younger brother. Cynthia also enjoyed helping others. When we were younger, Cynthia
introduced me to giving back to our community by volunteering at the Salvation Army.

After High School, we stayed in touch. Cynthia continues to be a great friends, who I can call
whenever I need advice. We also have a great professional relationship. Cynthia assists me by
preparing and filing my taxes. She is always very professional, reliable, trustworthy, and pleasure to
do business with.

If you have any questions, please feel free to call me at (909)955-8132.


Sincerely,



Kimberly Stewart

## Ralph Rios

**From:** Cynthia Hernandez <c.09061989@gmail.com>
**Sent:** Wednesday, October 19, 2022 12:28 AM
**To:** Ralph Rios
**Subject:** Fwd: Reference Letter

---------- Forwarded message ---------
**From:** vanessa sevilla <sevilla02@yahoo.com>
Date: Mon, Sep 19, 2022 at 3:19 PM
Subject: Reference Letter
To: <C.09061989@gmail.com>

To whom it may concern,

This is in reference to Cynthia Hernandez. I have known her for several years. She is a close friend of the family. During this time of knowing her I have found her to be a trustworthy, responsible, and a reliable person. She spends a lot of time with my mother and is always there when she needs her. I have seen her with her son and she is a good Mother to him.

Thank you,
Vanessa Sevilla
909-678-7458

Sent from Yahoo Mail for iPhone

To whom it may concern,

I appreciate the opportunity to share with you how Cynthia Hernandez is a wonderful person.

You can always count on her to keep her word with you, whether that's with plans made or keeping your confidence, she's there for you every chance she has. She has always worked hard for the things she wants out of life, doing everything with excellence at her very best.

Cynthia has always been reliable and always offers whatever she can to others. She is very understanding and empathetic towards others which gives others the ability to make others feel comfortable with her when talking to her. She's one of the most honest, nonjudgmental, caring people I've had the pleasure to have in my family's lives. When counting our blessings, she's always included in those held closest to our hearts.

I hope this character letter finds you in well spirits.

Sincerely yours,

Olivia Vasquez

**Ralph Rios**

| | |
|---|---|
| **From:** | Cynthia Hernandez <c.09061989@gmail.com> |
| **Sent:** | Thursday, October 20, 2022 8:44 PM |
| **To:** | Ralph Rios |
| **Subject:** | Fwd: Cynthia Hernandez |

---------- Forwarded message ---------
From: **Malena Castillo** <castillo.malena72@gmail.com>
Date: Wed, Oct 5, 2022, 1:10 PM
Subject: Cynthia Hernandez
To: <bellmalena90@gmail.com>

To whom it May concern, I am writing this to give you an idea of the character of Cynthia hernandez. Cynthia is a good hearted person. She always puts everybody else ahead of her she always has. People come to her and ask her for help on a regular basis and she always goes the extra mile to try and help them to resolve whatever their issues are. She never puts herself ahead of other people and it seems unfair that she is going through things that are not of her doing. Cynthia has always been compassionate loving caring sometimes a bit Stern when needed but she's always got everyone else's best interest in heart. Cynthia has worked hard for everything that she has in her life she always has. She never had anything just given to her she's always worked for it. She always puts her family her friends even people that she doesn't even know ahead of her own needs not many people can say that they would do the same. Some might say that it's biased for me to even write such a letter to give my opinion of her character because I'm her mother but I'm not the type of person who will make somebody look better when they're really not. Everything that Cynthia has been through in her life has molded her into the person that she is today. Cynthia is the backbone of our family

1

Kassandra Jimenez

1683 Elaine Dr. Hanford, Ca. 93230

5595722786

Kassyjimenez96@gmail.com

September 20, 2022

To Whom It May Concern,

I, Kassandra Jimenez, am writing this letter to you to provide a character reference about Mrs.

Cynthia Ann Hernandez , who I have known for about 2 years. I have met Mrs. Hernandez

through mutual friends and we have now created a friendship of our own.

I can say with total confidence that few women have contributed to society in a way that Mrs.

Hernadez has. She is someone I can count on for instinct whenever I need anything she is willing

to drop whatever it is and come to my rescue and be there for me. She is passionate , honest ,

smart , considerate , and a supportive individual who always generously lends out a hand to

anyone.

Thank you for taking the time to read this letter. I hope this letter will give you an idea of the

good character of Mrs. Hernandez. I am available to confirm the facts in this letter if necessary.

Kassandra Jimenez